**Paul R. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41119.**

Missouri Court of Appeals,
Western District.

March 7, 1989.

Joseph H. Locascio, Sp. Public Defender, Martha S. Means, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**James Scott MURPHY, Appellant.**

**No. WD 40270.**

Missouri Court of Appeals,
Western District.

March 7, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen. and Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of escape from confinement, § 575.210, RSMo 1986, and from sentence of eight years' imprisonment.

AFFIRMED. Rule 30.25(b).